# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PAUL F. ZELL, JR.,

    Plaintiff,

v.   Case No. 3:25cv7-MCR-HTC

WORLD OMNI FINANCIAL,
d/b/a SOUTHEAST TOYOTA
FINANCIAL,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation dated January 9, 2025 (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

2.	This case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

3.	The Clerk shall close the file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**